**Order filed July 26, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00538-CV
_____

### THE GULF COAST CENTER, Appellant

### V.

### DANIEL CURRY, JR., Appellee

---

**On Appeal from the 56th District Court
Galveston County, Texas
Trial Court Cause No. 16-CV-0781**

---

## ORDER

This is an appeal from a judgment signed April 9, 2018. A related case was previously filed in the Court of Appeals for the First District of Texas under case number 01-17-00834-CV.

It is ORDERED that the appeal docketed under this court's appellate cause number 14-18-00538-CV is transferred to the Court of Appeals for the First District of Texas pursuant to Local Rule 1.5. 14th Tex. App. (Houston) Loc. R. 1.5. The

Clerk of this Court is directed to transfer all papers filed in the case, and certify all Orders made, to the Court of Appeals for the First District of Texas.

PER CURIAM